# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:09cv392

| | |
|---|---|
| ROBERT J. CANTRELL and DONNA F. CANTRELL, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| STEVEN J. UNDERWOOD and LINDA UNDERWOOD, ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Response to the Court's Show Cause Order. [Doc. 4].

On March 3, 2010, the Court entered an Order directing the Plaintiffs to show cause for their failure to effect service on the Defendants Steven J. Underwood and Linda Underwood within 120 days of filing the Complaint. [Doc. 3]. On March 15, 2010, the Plaintiffs filed their Response to the Court's Order, detailing their unsuccessful attempts to perfect service on the Defendants and requesting an additional thirty (30) days within which to perfect service.

For the reasons stated in the Plaintiff's Response, and for good cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiffs shall have an additional thirty (30) days from the entry of this Order in which to perfect and obtain service on the Defendants Steven J. Underwood and Linda Underwood.

**IT IS SO ORDERED.**

Signed: March 18, 2010

Martin Reidinger
United States District Judge