# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv392

| | |
|---|---|
| ROBERT J. CANTRELL and DONNA F. CANTRELL, ) ) ) Plaintiffs, ) ) vs. ) ) STEVEN J. UNDERWOOD and ) LINDA UNDERWOOD, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties are required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that joinder of the issues occurred on May 7, 2010, when the Defendants filed their Answer to the Plaintiffs' Complaint.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than **June**

**25, 2010**, and that the parties shall file a certificate of initial attorneys' conference with the Court no later than **July 2, 2010**.

**IT IS SO ORDERED**.

Signed: June 11, 2010

Martin Reidinger
United States District Judge