# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:09cv392

| | |
|---|---|
| ROBERT G. CANTRELL; and DONNA F. CANTRELL, </br></br>Plaintiffs, </br></br>Vs. </br></br>STEVEN J. UNDERWOOD; and LINDA UNDERWOOD, </br></br>Defendants. | ORDER |

**THIS MATTER** is before the court on plaintiffs' Motion to Stay Initial Attorneys Conference. For cause, plaintiffs state that defendants, who are proceeding pro se, have failed to contact plaintiffs' counsel despite instruction from the district court that the parties conduct an IAC and file with the court a CIAC by July 2, 2010, as previously directed by the Clerk of this court. Plaintiffs state that defendants have not provided him with a telephone number at which they can be reached and have not called his office.

The court cannot see that staying the IAC would serve a useful purpose. Instead, it appears that issues have joined and that the opportunity for the parties to

jointly contribute to the writing of a Pretrial Order has long since passed.[1] Further, the court finds that the court has already provided defendants with additional time to consult with legal aid. The court will, by way of separate Order, enter a Pretrial Order governing further proceedings in this matter.

> **Defendants are respectfully advised that failure to comply with the terms of the Pretrial Order, other Orders of this court, the Local Civil Rules, or the Federal Rules of Civil Procedure may result in the imposition of sanctions, which could include the striking of their Answer and the imposition of judgment against them. Defendants are advised that important legal interests are at stake in this matter and that they are best protected by retaining an attorney experienced in federal practice.**

Finally, the court has conducted a preliminary review of the pleadings in this matter and counsel for plaintiffs is advised that paragraph 24 of the Complaint contains an incomplete or cut-off sentence. Having considered plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion to Stay Initial Attorneys Conference (#12) is **DENIED**, and the court will, hereinafter, enter a

---

[1] Counsel for plaintiffs, who practices in another federal district, is advised that the usual practice where the other parties refuse to participate in an IAC is for the complying party to simply submit their own unilateral CIAC and proposed Pretrial Order. The court finds no fault with plaintiffs in this matter inasmuch as such is only practice or custom not memorialized in any rule.

Pretrial Order by way of separate Order.

Signed: June 23, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge