IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv392

| | |
|---|---|
| ROBERT J. CANTRELL and DONNA F. CANTRELL, ) ) ) Plaintiffs, ) ) vs. ) ) STEVEN J. UNDERWOOD and ) LINDA UNDERWOOD, ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Plaintiff's Suggestion of Bankruptcy regarding Defendants [Doc. 20], filed on October 6, 2010.

The Suggestion of Bankruptcy [Doc. 20] is accompanied by a Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines which sufficiently identifies the two Defendants in this matter as persons having made a filing that triggers the application of the automatic stay provisions of 11 U.S.C.A. §362. For this reason, this matter is stayed pending further notice.

**IT IS, THEREFORE, ORDERED** that based upon Plaintiff's

Suggestion of Bankruptcy [Doc. 20], this matter is **STAYED** pending further notice from Defendant. Defendant's counsel shall file a notice with this Court when the bankruptcy proceedings are concluded.

    **IT IS FURTHER ORDERED** that the Clerk shall administratively close this file.

Signed: October 18, 2010

Martin Reidinger
United States District Judge