IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv392

| | |
|---|---|
| ROBERT J. CANTRELL and DONNA F. CANTRELL, ) ) ) Plaintiffs, ) ) vs. ) ) STEVEN J. UNDERWOOD and ) LINDA UNDERWOOD, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Response to the Court's Show Cause Order of June 10, 2011. [Doc. 26].

The Plaintiffs submit that this case should be dismissed by virtue of the Defendants' discharge order in bankruptcy. [Doc. 26].

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: June 30, 2011

Martin Reidinger
United States District Judge