# United States District Court
# For The Western District of North Carolina
# Asheville Division

Robert J. Cantrell, et al,

    Plaintiff(s),

vs.

Steven J. Underwood, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09cv392

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/30/11 Order.

Signed: June 30, 2011

Frank G. Johns, Clerk
United States District Court